IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAVIER C LOMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-283 |
| § | |
| ISAAC KWARTENG, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court has received the magistrate judge's July 20, 2018 Memorandum and Recommendation ("M&R"), Dkt. No. 72. The deadline to object to the M&R has passed, and no objections have been filed. *See* FED. R. CIV. P. 72(b) (setting a 14-day deadline to file objections); Dkt. No. 72 at 8 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the court **ADOPTS** the magistrate judge's M&R, Dkt. No. 72. The Court **DISMISSES** Plaintiff's claims for injunctive relief against Defendants Kwarteng, Pickthall, and Rodriguez with prejudice under 28 U.S.C. § 1915(e)(2)(B) and **DENIES** Defendants' Motion for Summary Judgment, Dkt. No. 46, as moot.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge

1 / 1